**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

RECEIVED SEP 22 2014 By _____

Jerome Washington, Plaintiff

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

John Doe 1; John Doe 2; John Doe 3; John Doe 4; John Doe 5 (all in their individual and official capacities)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**14    5540**

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☑ Yes   ☐ No
(check one)

**I.    Parties in this complaint:**

A.    List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name **Jerome Washington**
ID # **HV0282**
Current Institution **SCI - Graterford**
Address **P.O. Box 246 Route 29/ Graterford, Pennsylvania 19426**

Rev. 10/2009

1) I have exhausted all available state remedies.

2) On March 17, 2013 excessive force was used against me and the 1st, 5th, 8th and 14th Amendment to the Constitution was violated. I was assaulted, by prison officials John Doe 1 thru 5, the Defendants. I was maced, put in the shower, and assaulted on L-Block on C-wing. My eyes were swollen shut, face swollen, there are pictures of this. I was placed in a disciplinary chair, for 5 hours without medical attention.

3) On March 23, 2013 I had emergency surgery from an outside provider because I had been hemorrhaging and heavy internal bleeding. I want 1,000,000 dollars in damages.

4) The prison's "CERT Team" should have filled out an incident report and these are the Defendants I'am suing.

5) At outside hospital I found out I have a spinal cord injury, eye damage, not to mention, I was almost drowned and hit in the penis and testicles on March 17, 2013 and slammed face first into a desk.

6) My vision is bleary, extreme back pain, sharp pain in my eyes, when I try to read. My back or spinal cord is crooked and I can't sit up straight any more.

7) I filed a grievance about this incident at the prison and never received a response, its been over a year.

8) I'am requesting informed pauperit statis, I have no money to pay for lawsuit.

9) This complaint is made pursuant to the penaltier of perjury. Date: 9/16/14

Sincerely
Jerome Washington
Jerome Washington
HV0282 P.O Box 244
Gra, PA 19426

# INMATE TRUST FUND CERTIFICATION



**RECEIVED**
SEP 22 2014

Instructions:

Request that an appropriate prison official provide: 1) the information below concerning your inmate trust fund account balances; and 2) a certified copy of your inmate trust fund account statement showing all deposits and withdrawals for the prior six-month period.

    I certify that the petitioner: _Jerome Washington HV0282_ has the sum of $ _-109.72_ on account to his credit at the State Correctional Institution-Graterford, where he is confined.

    I further certify that the petitioner likewise has the following securities to his credit according to the records of said. _N/A_

Institutions:

_____
_____
_____

_[signature] Sharon O. Bead, Inmate Acct Assist._    _9/19/14_
SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL    DATE



**Integrated Offender Case Management System**     9/19/2014 9:51:46 AM

**Offender Transaction History**     shbean

| From Date: | 3/1/2014 12:00:00 AM | To Date: | 9/19/2014 12:00:00 AM |
|---|---|---|---|
| Sort By: | Transaction Date - ASC | | |

| Batch# | Txn Date | Txn Description | Txn Amount ($) | Balance After Transaction($) | Details |
|---|---|---|---|---|---|
| Offender ID: 8582AA  Case ID: HV0282  Offender Name: WASHINGTON, JEROME  Location: J-D-1001-01 ||||||
| Escrow Balance: 0.00  Current Balance: -109.72  Institution: Graterford ||||||
| GRA-023411 | 04/24/2014 | 41 - Medical Co-Pay | -5.00 | -64.72 | Co-pay for 04/10/14 |
| GRA-023411 | 04/24/2014 | 41 - Medical Co-Pay | -10.00 | -74.72 | Co-pay for 04/14/14 |
| GRA-023503 | 05/01/2014 | 41 - Medical Co-Pay | -5.00 | -79.72 | Co-pay for 04/26/14 |
| GRA-023503 | 05/01/2014 | 41 - Medical Co-Pay | -5.00 | -84.72 | Co-pay for 04/27/14 |
| GRA-023615 | 05/12/2014 | 41 - Medical Co-Pay | -5.00 | -89.72 | Co-pay for 05/06/14 |
| GRA-023715 | 05/19/2014 | 41 - Medical Co-Pay | -5.00 | -94.72 | Co-pay for 05/11/14 |
| GRA-023909 | 06/03/2014 | 41 - Medical Co-Pay | -5.00 | -99.72 | Co-pay for 05/24/14 |
| GRA-023909 | 06/03/2014 | 41 - Medical Co-Pay | -5.00 | -104.72 | Co-pay for 05/25/14 |
| GRA-024919 | 08/27/2014 | 41 - Medical Co-Pay | -5.00 | -109.72 | Co-pay 08/09/14 |

*[signature]* CI Graterford
Storum Bean
Inmate acct assist