IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

1 to 17

JEROME WASHINGTON
PLAINTIFF

V.

John Doe, et al Defendants
Correctional Officer 1 F. Webster
Correctional Officer 1 B. Carlson
Correctional Officer 1 B. Boyd
Correctional Officer 1 R. Gibbs
Correctional Officer 1 J. Tayor
Correctional Officer 1 J. Williams
Defendants Sued in their Official Capacities
& Individual Capacities

Civil Action
No. 14-5540
AMENDED COMPLAINT
BY DEMAND JURY TRIAL

RECEIVED
JUL 31 2015

Date June 23, 2015
proof of serve
certification
Date 6-23-15

(Fast Input) From 4 to 25 ss the same Claims of all other Defendant From 25 to 134... Civil Complaint

## AMENDED COMPLAINT

Plaintiff: Hereby verify His sworn STATEMENT OF OR TESTIMONY OF OR AMENDED COMPLAINT IS THE TRUTH & THE Defendants Into THIS AMENDED COMPLAINT. VIOLATED Plaintiff. 4th 5th 8th & 14th AMENDMENT RIGHTS. BY Plaintiff Constitutional Law. ON MARCH 17, 2013 EXCESSIVE FORCE; WERE Plaintiff Become AN VICTEM to AN OFFICIAL CERT TEAM PRISON ASSAULT. BY THE ABOVE CAPTION Correctional Office.

1) Plaintiff is The above ENTITLE; Jerome Washington & Defendants From John Doe, et al; Have Been IDENTIFIED! AS THE ABOVE ENTITLES Correctional Officers 1 F. Webster; 1 B. Carlson; 1 B. Boyd; 1 R. Gibbs; 1 J. Tayor; 1 J. Williams; ALL WHOM REPRESENT THE ENTITLES Defendants John Doe, et al Defendants. UPON THIS HEREBY VERIFIED INFORMED INFORMATION. ON approximately DATE: JUNE; 17, 2015 VIA FIRST CLASS MAIL. FROM Defendants ATTORNEY GENERAL KATHLEE G. KANE, FOR Plaintiff To Hereby verify His sworn Truth of an STATEMENT OF ILLEGAL MEAN NECESSARY. FOR AN VIOLATION To Plaintiff Constitutional Law Rights...

2) Plaintiff HEREBY VERIFY HIS VERIFICATION OF OR TRUE STATEMENT OF Claims against Defendants & Hereby Ask the Clerk of court IN His AMENDED COMPLAINT... To Have permission of for approval of IN GRANT. To AMENDED COMPLAINT PRESENT INFORMED INFORMATION FROM Defendants ATTORNEY. To PRESENT OR OF Change the entitle Names above From John Doe's. To Represent as AN ENTITLE # OF, OR Names above. To ask For Now on To Be call the above entitles present Names above instead of or John Doe... Granted FOR AN approval To AMENDED COMPLAINT. FORM Civil Action No. 14-5540 BY Jury Trial. For an penalty of perjury...

## ACKNOWLEDGMENT OF CLAIM

3) Defendant's SCI-GRATERFORD PRISON OFFICIAL OR of as Correctional Officer's! ON MARCH 17, 2013 Had Eligibly played or of their participation as an 'RGANIZED ORGANIZATION PRISON OFFICIAL security team. To Be present AN ILLEGAL ASSAULT.

efendants, March 17, 2013 Assault officials; B. Boyd; L. Gibbs; B. Carlson; F. Webster; J. Taylor; J. Williams ---

) Defendant; J. Williams 3-17-13 assault Had eligibly played or participated Into the organize organization security cert team physical Brutal Force. WHERE Plaintiff was Harm physically From Excessive Force...

) Defendant; J. Williams 3-17-13 assault For His equal fairshair of or particular organize part Into March 17, 2013 L-Block C-wing 213 Cell Extraction cert team Excessive Force. For Plaintiff's Injuries & Damages are sued For Violation to Plaintiff 4th 5th 8th & 14th AMENDMENT RIGHTS TO the constitutional law Rights. For cruel & unusual punishment. By illegal use of force..

) Defendant; J. Williams 3-17-13 assaultive illegal behavior of or measures were Excessive force. By Defendant- J. Williams Infamy Brutal Force. for an Infamous evil of or assault For Harm & physical Damages. For Injuries and of or Damages Mentally physically & emotionally of or pain and suffering....

) Defendant; J. Williams 3-17-13 assault. Left Plaintiff Which is more to bear unreasonable of or critical to withdraw, withstand; of or Plaintiff Flashbacks of an Radical memory of psychological Harm & Damages physically ....

) Defendant; J. Williams 3-17-13 assault were even parts. EVEN if He's not the particular precise one! ON March, 17 2013. Security Video Tape Camera. Defendant; J. Williams assaultive measure's as an organize security cert team use of Excessive Force were part of watch and participated By Not stopping AN Illegal assault. FOR Plaintiff Damages & Injuries physically Harm & pain & sufferings!

1) Defendant; J. Williams 3-17-13 played parts as an organized organization AND Should Have THE same Responsibility even if He's Not the assaultive official. But To watch or participate - Now Defendant J. Williams 3-17-13 assault as an Security Official cert team, WENT IN as an Team. So Defendant J. Williams shaired equal parts. For Plaintiff Injuries & Damages plus Plaintiff's Pain & suffers...

0.) Plaintiff; 3-17-13 were assaulted Innocently giving up... WHICH IS Recoded on security Camera. Were Plaintiffs Innocently giving up was Turn of or Than put Into an life or Death Situation. From Defendant J. Williams assaultive Measured Solution; Excessive Force...

1) Defendant J. Williams was part of an illegal crime Violation. To Plaintiff constitutional Law Rights.--- As In protect & serve AND Not assault and illegally Beaten. Which Defendant J. Williams 3-17-13 assault presented... Excessive force...

12) Defendant J. Williams assault Plaintiff an Innocently Helplessness person or Inmate; THAT were giving up Brutally assaulted By Defendant J. Williams. as Plaintiff were Innocently walking to the door gave up But NOT Into Defendants view point J. Williams illegally Made or play parts Into Plaintiff Being wrongfully illegally MACED twice giving up.— Later Plaintiff sufferes Injuries....

13) Defendant J. Williams 3-17-13 assault of or fairshair parts Into comeing Inside L-Block C-wing 2-13 cell were water was Into Deep... Defendant J. Williams as an Cert team official Enter or played parts within an ElectricalShield. To try an shock Plaintiff Inside water of 2-13 cell Extraction Cert team attacking of or assaultive Excessive force action...

14) Defendant J. Williams 3-17-13 assault, Plaintiff only essape were to throw items at ElectricalShield. As Plaintiff's EYES were MACED twice to Blind vision... By Excessive Force...

15.) Defendant J. Williams 3-17-13 assault Had fairshair parts Into attacking actions against Plaintiff with an ElectricalShield. As Plaintiff was Inputted Into an Life or Death solution of or only way around ElectricalShield Into Deep water. Plaintiff Had to Kick water up and moved around ElectricalShield after Mace twice...

16) Defendant J. Williams 3-17-13 assault Had Fairshair parts Into Gabbing Plaintiff. When Plaintiff confirmed again giving up & was slammed Down Hard on the Floor Inside water & Handcuffed. Hands & feets...

17) Defendant J. Williams 3-17-13 assault Had fair shair parts Into trying to Drown Plaintiff putting Plaintiff's face under water. As Plaintiffs Hands & Feets are Handcuffed...

18) Defendant J. Williams 3-17-13 assault Had fairshair parts Into Plaintiffs Landing Down Into Deep water Handcuffed Hands & feets AND Defendant J. Williams assaultive participation or of part of an action of assault of Punching Plaintiff's face Numerous of times AND Body Kickens of Excessive Force Brutally assaulting Plaintiff for Harm & Injuries Damages

19.) Defendants J. Williams 3-17-13 assault Had Fairshair parts Into picking Plaintiff up from off the ground & Body AND penis punches were Thrown to Harm Plaintiff physically for Injuries & Damages & for Plaintiff's Pain & sufferings.

20) Defendant J. Williams 3-17-13 assault Had Fairshair parts Into Slamming Plaintiff's face Numerous times on table Inside Cell 2-13. THEN Defendant J. William played play part or participated putting MASK on Plaintiff MACED Face & were More Low Blow's penis punches were Thrown...

21) Defendant J. Williams 3-17-13 assault Had Fair Shair parts Into an Clothes cut off Inside C-1-16 Cell on L-Block & Inputted for an one second Shower for another Brutal abusive Attack Low punches Into penis..., THEN Placed In Chair 5-hours...

22) Defendant J. Williams 3-17-13 assault Had Fair Shair parts Into Tighten Handcuffs & Bending Plaintiff Hands Inside C-2-13 L-Block Trying to Brake Them after Mask were on Plaintiff Face. Then Defendant's J. William play part or participated Input Plaintiff in Chair.

...Had Fairshair parts into
...aintiff affirmary Inputted 3-17-13 & Release 3-22-13...
...xcessive force Damages Inputted Plaintiff affirmary...

1.) Defendant J. Williams 3-17-13 assault Had Fairshair parts Into
Plaintiff Bleeding from Hemorrhage surgery after 3-22-13 Release
from affirmary Brought Back! Internally Bleeding on 3-22-13 &
Hemorrhages Internal surgery 3-23-13....

24.) Defendants J. Williams 3-17-13 assault Had Fairshair parts Into
ater Injuries & Damages. Plaintiff Excessive Force Injuries
By PRISON OFFICIAL CERT TEAM Defendant J. Williams. Plaintiff's
Damages are spinal cord slightly curved Medical X-RAY Findings;
Eye's Rip, tear, cuts & Swollen tissue Inside Eyes & cataract of the
EYE'S Lenses... Leg's & Hands Damages & Hemorrhoid Hemorrhages
surgery Issues of for can't wip Plaintiff self after use of Bathroom.
Plaintiff Has Multitude Multiple Medical Chronical condition of or
Medical serious Issue's, From Defendants J. Williams 3-17-13
Cell Extraction Excessive Force.... of or assault...

25.) Defendant J. Williams 3-17-13 assault Had Fairshair parts Into Plaintiff
Pain & Sufferes all day everyday From Back; Eye; Legs; Hands &
More after 3-17-13 Damages of or Injuries...

26.) Defendant J. Taylor 3-17-13 assault Had eligibly played or participated
Into the organize organization security cert team physical Brutal Force.
Where Plaintiff was Harm physically from Excessive force...

27.) Defendant J. Taylor 3-17-13 assault for His equal Fairshair of or
particular organize part Into March 17, 2013 L-Block C-Wing, 213 Cell
Extraction Cert Team Excessive Force. For Plaintiff's Injuries & Damages
are sued For Violation to Plaintiff 4th, 5th, 8th & 14th Amendment Rights
To the constitutional Law Rights. For cruel & unusual punishment. By
Illegal use of force...

28.) Defendant J. Taylor assaultive illegal behavior of or measure's were Excessive
Force. By Defendant J. Taylor Infamy Brutal Force. For an Infamous evil of
or assault for Harm & physical Damages. For Injuries and of or Damages
mentally physically & emotionally of or pain and suffering...

29.) Defendant J. Taylor assault Left Plaintiff Which is more to bear unreasonable
of or critical to withdraw, withstand, of or Plaintiff flashBacks of an
Radical memory of psychological Harm & Damages physically...

29.) Defendant J. Taylor assault were even parts. Even if He's not the
particular precise one! On March 17, 2013. Security Video tape camera.
Defendant J. Taylor assaultive measure's as an organize security cert
Team use of Excessive Force were part of or watch and participated
By Not stopping AN illegal assault. For Plaintiff Damages & Injuries
physically Harm & pain & suffering's!

30.) Defendant J. Taylor 3-17-13 assault played parts as an organized
organization AND Should Have THE SAME Responsibility even IF He's
Not the assaultive official. But To watch or participate. Now
Defendant J. Taylor 3-17-13 assault as an security official Cert team,
went In as an Team. So Defendant J. Taylor Shaired equal parts.
For Plaintiff Injuries & Damages. Plus Plaintiff's Pain & Suffers...

31.) Plaintiff, 3-17-13 were assaulted Innocently giving up... Which
Is Recorded on security camera. Were Plaintiff's Innocently giving up
was turn of or THAW put Into AN life of Death situation. From
Defendant J. Taylor assaultive measured solution; Excessive Force...

2) ... J. Taylor was part of an illegal crime violation. To Plaintiff (s) onstitutional Law Rights... As IN protect & serve AND NOT assault AND egally Beaten. Which Defendant J. Taylor 3-17-13 assault presented... xcessive Force

3) Defendant J. Taylor seen Plaintiff an INNOCENtly Helplessiness person r INMATE; THAT were giving up Brutally assaulted By Defendant , Taylor. As Plaintiff were INNOCENtly walking to door gave up But ut into Defendant's view point J. Taylor illegally made or play parts ENto Plaintiff Being wronfully illegally Maced twice giving up... Later laintiff Sufferes Injuries...

4) Defendant J. Taylor 3-17-13 assault of For Fair Shair parts INto coming inside L-Block C-wing 2-13 cell were water was into Deep... Defendant J. Taylor as an Cert team official enter or played parts ithin an Electrical Shield. To try an shock Plaintiff Inside water of L-13 cell Extraction Cert team attacking of or assaultive Excessive Force action...

5) Defendant J. Taylor 3-17-13 assault, Plaintiff only essape were to hrow items at Electrical Shield. As Plaintiffs EYE$ were MACED wice to Blind vision... BY Excessive force...

6) Defendant J. Taylor 3-17-13 assault Had Fairshair parts INto ttacking actions against Plaintiff with an Electrical shield. As Plaintiff as Inputted into an life or Death solution of or only way around Electrical Shield into Deep water. Plaintiff Had to kick water ip and move around Electrical Shield after Mace twice...

7) Defendant J. Taylor 3-17-13 assault Had Fairshair parts INto Gabbing laintiff. When Plaintiff confirmed again giving up & was slammed own Hard on the Floor inside water & Handcuffed... Hands & feets

8) Defendant J. Taylor 3-17-13 assault Had fairshair parts into trying to Down Plaintiff putting Plaintiff's face under water... As Plaintiff Hands & Feets are Handcuffed...

9) Defendant J. Taylor 3-17-13 assault Had Fair shair parts INto Plaintiff Landing Down INto Deep water Handcuffed Hands & feets AND Defendant J. Taylor assaultive participation or of part of an action of assault of Punching Plaintiff Face Numerous of times AND Body fickens of Excessive Force Brutally Assaulting Plaintiff For Harm & Injuries Damages...

10) Defendant J. Taylor 3-17-13 assault Had Fair shain parts INto Picking plaintiff up From off the ground & Body AND penis puncher were thrown to Harm plaintiff physically For Injuries & Damages & For Plaintiff's Pain & Suffering's...

11) Defendant J. Taylor 3-17-13 assault Had Fair sheir parts INto Slamming Plaintiff's Face Numerous times on table inside Cell 2-13. Then Defendant J. Taylor played play part or Participated putting MASK on plaintiff MACED FACE & were more low blows penis punches were Thrown...

12) Defendant J. Taylor 3-17-13 assault Had Fair shair parts INto an Clothes cut off INside C-1-16 cell on L-Block &, Inputted For an one second Shower for another Brutal ibusive Attack Low punches INto penis... Then Placed IN Chair 5-hours...

3) Defendant J. Taylor 3-17-13 assault Had FairShair parts into tighten Handcuffs & Bending Plaintiff Hands INSIDE C-2-13 L-Block trying to Brake Them after Mask were on Plaintiff Face. Then Defendant J. Taylor play part or participated input Plaintiff IN Chair!

4) Defendant J. Taylor 3-17-13 assault Had FairShair parts into Plaintiff Affirmary Inputted 3-17-13 & Release 3-22-13... Excessive Force Damages Inputted Plaintiff affirmary...

15) Defendant J. Taylor 3-17-13 assault Had FairShair parts into Plaintiff Bleeding From Hemorrhage surgery after 3-22-13 Release from affirmary Brought Back! Internally Bleeding on 3-22-13 & Hemorrhages Internal surgery 3-23-13...

6) Defendant J. Taylor 3-17-13 assault Had FairShair parts into Later Injuries & Damages. Plaintiff Excessive force injuries By PRISON OFFICIAL CERT TEAM Defendant J. Taylor. Plaintiff's Damages are spinal cord slightly curved Medical X-RAY Findings; EYE's Rip, tear, cuts & Swollen tissues INSIDE EYES & cataract of the EYES LENSES... Leg's —— & Hands Damages & Hemorrhoid Hemorrhages surgery issues of or can't wip Plaintiff self after use of Bathroom. Plaintiff Has Multitude Multiple Medical CHRONICAL condition of or Medical serious issues. From Defendants J. Taylor 3-17-13 Cell Extraction Excessive force... of or assault...

17) Defendant J. Taylor 3-17-13 assault Had FairShair parts into Plaintiff Pain & suffer's all day every day From Back; EYE; Legs; Hands & more after 3-17-13 Damages of or injuries...

18) Defendant R. Gibbs 3-17-13 assault Had eligibly played or participated into the organize organization security cert team physical Brutal force. WHERE Plaintiff was Harm physically from Excessive force...

19) Defendant R. Gibbs 3-17-13 assault For His equal FairShair of or particular organize part into March 17, 2013 L-Block C-wing 2-13 Cell Extraction Cert team Excessive force. For Plaintiff's injuries & Damages are sued for Violation to Plaintiff 4th 5th 8th & 14th AMENDMENT RIGHTS To the constitutional Law Rights. For cruel & unusual punishment. By illegal use of force...

20) Defendant R. Gibbs 3-17-13 assaultive illegal behavor of or measure's were Excessive Force. By Defendant R. Gibbs infamy Brutal Force. For an infamous evil of or assault For Harm & physical Damages. For injuries and of or Damages Mentally physically & emotionally of or pain and suffering...

21) Defendant R. Gibbs 3-17-13 assault; Left Plaintiff Which is more to bear unreasonable of or critical to withdraw, withstand, of or Plaintiff FlushBacks of an Radical memory of psychological Harm & Damages physically...

22) Defendant R. Gibbs 3-17-13 assault were even parts. Even If He's Not the particular precise one. On March 17, 2013. Security video Tape camera. Defendant; R. Gibbs assaultive measure's as an organize security cert team use of Excessiv force were part on of watch and participated By Not Stopping AN ILLEGAL ASSAULT. FOR and injuries physically Harm &pain & sufferings...

...Defendant... is also part as an organized -ganization AND should Have THE SAME Responsibility even if e's Not the assaultive OFFicial. But to watch or participate. Now Defendant R. Gibbs 3-17-13 assault as an Security OFficial Cert team; WENT IN AS AN Team., So Defendant R. Gibbs Shair equal parts. For Plaintiff INjuries & Damages. Plus Plaintiffs pain & Suffer's...

4) Plaintiff; 3-17-13 were assaulted INNOCENTly giving up... WHICH is Recoded on Security Camera. Were Plaintiffs INNOCENTly giving up was Turn of or THAN put INto AN life or Death situation. From Defendant R. Gibbs assaultive Measured Solution; EXCESSIVE Force...

5) Defendant ~~~~ R. Gibbs was part of an illegal crime violations. As Plaintiff Constitutional Law Rights... As INprotect & serve AND NOT ASSAULT AND ILLEGALLY Beaten, WHICH Defendant R. Gibbs 3-17-13 assault presented... EXcessive force...

6) Defendant R. Gibbs seen Plaintiff an INNOCENTly Helplessiness Person or INMATE; THAT were giving up Brutally assaulted By Defendant R. Gibbs. As Plaintiff were INNOCENTly walking to the door gave up But NOT INto Defendants view point R. Gibbs Illegally Made or play parts INto Plaintiff. Being wrong fully illegally Maced twice giving up... Later Plaintiff Suffere's INjuries...

7) Defendant R. Gibbs 3-17-13 assault of or FairShair parts INto comING INSide L-Block C-wing 2-13 Cell were water was INto Deep... Defendant J. Williams as an Cert team OFficial inter or played parts within an ElectricalShield. To try an Shock Plaintiff INside water of 2-13 Cell Extraction Cert team attacking of or assaultive Excessive Force action...

58) Defendant R. Gibbs 3-17-13 assault; Plaintiff only escape were to throw items at ElectricalShield. As Plaintiff's EYE'S WERE MACED twice to Blind vision... By EXcessive Force...

59) Defendant R. Gibbs 3-17-13 assault Had FairShair parts INto attacking actions against Plaintiff with an ElectricalShield. As Plaintiff was INputted INto an life or Death solution of or only way around ElectricalShield INto Deep water. Plaintiff Had to Kick water up and moved around ElectricalShield after Mace twice...

10) Defendant R. Gibbs 3-17-13 assault Had FairShair part INto Jabbing Plaintiff. WHen Plaintiff confirmed again giving up & was Slammed Down Hard on the Floor INside water & Handcuffed... Hands & Feets...

1.) Defendant R. Gibbs 3-17-13 assault Had Fair Shair parts into trying to Drown Plaintiff putting Plaintiff's face under water. As Plaintiff Hands & Feets are Handcuffed...

2.) Defendant R. Gibbs 3-17-13 assault Had Fair Shair parts into Plaintiffs Landing Down into Deep water Handcuffed Hands & Feet's AND Defendant R. Gibbs assaultive participation or P part of an action of assault of Punching Plaintiff face numerous of times AND Body Kickens of Excessive Force brutally assaulting Plaintiff for Harm & injuries Damages...

3.) Defendant R. Gibbs 3-17-13 assault Had Fair Shair into picking Plaintiff up from off the ground & Body AND penis punches were thrown to Harm Plaintiff physically for injuries & Damages & for Plaintiff's Pain & sufferings.

4.) Defendant R. Gibbs 3-17-13 assault Had Fair Shair parts into Tamming Plaintiff's face numerous times on table inside Cell 1-13. Then Defendant R. Gibbs played part or participated putting MASK ON Plaintiff MACED face & were more Low Blows penis punches were Thrown...

5.) Defendant R. Gibbs 3-17-13 assault Had Fair Shair parts into an Clothes cut off inside C-1-16 Cell on L-Block & inputted for an one second Shower for another Brutal abusive attack on punches into penis... Then Placed in Chair 5-hours...

6.) Defendant R. Gibbs 3-17-13 assault Had Fair Shair parts into Tighten Handcuffs & Bending Plaintiff Hands inside C-213 L-Block Trying to Brake Them after Mask were on Plaintiff face. Then Defendant's R. Gibbs play part or participated input Plaintiff in Chair!

7.) Defendant R. Gibbs 3-17-13 assault Had Fair Shair parts into Plaintiff affirmary inputted 3-17-13 & Release 3-22-13... Excessive Force Damages inputted Plaintiff affirmary...

8.) Defendant R. Gibbs 3-17-13 assault Had Fair Shair parts into Plaintiff Bleeding From Hemorrhage surgery after 3-22-13 Release From affirmary Brought Back. Internally Bleeding on 3-22-13 & Hemorrhages internal surgery 3-23-13...

9.) Defendant R. Gibbs 3-17-13 assault Had Fair Shair parts into Later injuries & Damages. Plaintiff Excessive force injuries By Prison OFFICIAL CERT TEAM Defendant R. Gibbs. Plaintiff's Damages are spinal cord slightly curved Medical X-RAY FINDINGS; EYES RIP, tear, cuts, & swollen tissue inside EYES & Cataract IF, the EYE's Lenses... Legs & Hands Damages & Hemorrhoid

use of Bathroom. Plaintiff Has Multitude Multiple Medical Chronical Conditions of or Medical serious Issues. From Defendants R. Gibbs 3-17-13 Cell Extraction Excessive Force. of or assault...

1a.) Defendant R. Gibbs 3-17-13 assault Had Fair Shair parts Into Plaintiff pain & sufferes all day every day From Back; EYE; LEGS; Hands & more after 3-17-13 Damages of or INJuries...

1.) Defendant B. Boyd 3-17-13 assault Had eligibly played or participated Into the organize organization security cert team physical Brutal Force. WHERE Plaintiff was Harm physically from Excessive Force...

2.) Defendant B. Boyd 3-17-13 assault For His equal FairShair For particular organize part Into March 17, 2013 L-Block -wing' 273 cell Extraction Cert team Excessive Fore. For Plaintiff's INJuries & Damages are sued For Violation to Plaintiff 1th 5th 8th & 14th AMENDMENT RIGHTS TO the Constitutional Law rights. For cruel & unusual punishment. By illegal use of force...

3.) Defendant B. Boyd 3-17-13 assaultive illegal Behavor of or measures were Excessive Force. By Defendant B. Boyd Infamy Brutal Force. For an Infamous evil of or assault For Harm & physical Damages. For INJuries and of or Damages Mentally physically & emotionally of or pain and Suffering...

74.) Defendant B. Boyd 3-17-13 assault, Left Plaintiff Which is more to bear unreasonable of or critical to withdraw; withstand; of or Plaintiff FlashBacks of an Radical memory of psychological Harm & Damages physically...

75.) Defendant B. Boyd 3-17-13 assault were even parts. Even if it's Not the particular precise one! ON MARCH, 17 2013. Security Video Tape Camera. Defendant B. Boyd assaultive measures as IN organize security cert team use of Excessive Force were part of assault. For Plaintiff Damages & INJuries physically Harm ILLEGAL ASSAULT, For Plaintiff Damages & INJuries physically Harm & pain & sufferings!

6.) Defendant B. Boyd 3-17-13 played parts as an organized organization AND should Have THE SAME Responsibility even if He'S NOT the assaultive Official. But To watch or participate. Now Defendant B. Boyd 3-17-13 assault as an security Official Cert team; WENT IN as an Team. So Defendant B. Boyd Shaired equal parts. For Plaintiff INJuries & Damages. Plus Plaintiff's Pain & Suffers...

7.) Plaintiff. 3-17-13 were assaulted INNocently giving up... WHICH Recoded on security Camera. Were Plaintiff's innocently giving up was Turn of or THAN Put Into AN life or Death situation. From Defendant B. Boyd assaultive Measured solution

constitutional violation. To Plaintiff constitutional Law Rights.... As IN protect & serve AND NOT ASSAULT AND illegally Beaten. WHICH Defendant B. Boyd 3-17-73 assault presented... Excessive Force...

79.) Defendant B. Boyd seen Plaintiff an INNOCENTLY Heplessiness person or INMATE; THAT WERE GIVING UP Brutally assaulted By Defendant B. Boyd. As Plaintiff were INNOCENTLY walking to the door gave up But NOT INto Defendant's view point B. Boyd illegally Made or play parts INto Plaintiff Being wrongfully illegally MACED twice giving up... Later Plaintiff sufferes INJURIES...

80.) Defendant B. Boyd 3-17-73 assault of or Fairshair parts INTO COMING INside L-Block C-wing 2-73 Cell were water was INto Deep... Defendant B. Boyd as an Cert team Official INter or played parts within an Electrical Shield. To try an Shock Attacking Plaintiff INside water of 2-73 Cell Extraction Cert team or assaultive Excessive force action...

81.) Defendant B. Boyd 3-17-73 assault Had Fairshair parts INto attacking actions against Plaintiff with an Electrical Shield. As Plaintiff was INputted INto an life or Death Solution of or only way around Electrical Shield INto Deep water. Plaintiff Had to kick water up and moved around Electrical Shield after Mace twice...

82.) Defendant B. Boyd 3-17-73 assault, Plaintiff only escape were to throw items at Electrical Shield. As Plaintiff's EYE's were MACED twice to Blind vision... By Excessive Force...

83.) Defendant B. Boyd 3-17-73 assault Had FAIRSHAIR parts INto Grabbing Plaintiff. When Plaintiff confirmed again giving up & was Slammed Down Hard on the Floor INside water & Handcuffed... Hands & feets...

84.) Defendant B. Boyd 3-17-73 assault Had Fairshair parts INto trying to Down Plaintiff putting Plaintiff's face under water. As Plaintiff's Hands & feets are Handcuffed...

85.) Defendant B. Boyd 3-17-73 assault Had Fairshair parts INto Plaintiff Landing Down INto Deep water Handcuffed Hands & feets AND Defendant B. Boyd assaultive participations or not part of an action of assault of Punching Plaintiff's face Numerous of times AND Body Kickens of Excessive Force Brutally assaulting Plaintiff For Harm & INJURIES Damages...

86.) Defendant B. Boyd 3-17-73 assault Had Fairshair parts INto Slamming Plaintiff's face Numerous times on table INside cell 2-73. THEN Defendant B. Boyd played parts or participated putting MASK on Plaintiff MACED FACE & were more ow Blows penis punches were thrown...

parts INto in Clothes cut off INSIde C-7-76 Cell on L-Block & INputted For an one second shower For another Brutal abusive Attack ~~~~~ Low punches INto penis... THEN Placed IN Chair 5-Hours...

8.) Defendant B. Boyd 3-17-13 assault Had Fair Shair parts INto Tighten Handcuffs & Bending Plaintiff Hands INside C-273-Block Trying to Brake Them after MASK WERE ON Plaintiff face. THEN Defendant's B. Boyd Plays part or participated INput Plaintiff IN Chair!

9.) Deffendant B. Boyd 3-17-13 assault Had Fair Shair parts INto Plaintiff affirmary INputted 3-17-13 & Release 3-22-13... EXCESSIVE Force Damages INputted Plaintiff affirmary...

10.) Defendant B. Boyd 3-17-13 assault Had Fair Shair parts INto Plaintiff Bleeding From Hemorrhage surger after 3-22-73 Release From affirmary Brought Back! INternally Bleeding on 3-22-13 & Hemorrhages INternal surgery 3-23-13...

1.) Defendant B. Boyd 3-17-13 assault Had Fair Shair parts INto Later INjuries & Damages. Plaintiff Excessive Force INjuries By Prison SPECIAL Cert Team Defendant B. Boyd. Plaintiff's Damages are spinal cord slightly curved Medical X-RAY FINDINGS; EYES Rip; ear cuts & swollen tissue INside EYES & cataract of the EYES LENSESE... Leg's & Hands Damages & Hemorrhoid Hemorrhages surgery issues of or can't wip Plaintiff self after use of Bathroom. Plaintiff Has Multitude Multiple Medical Chronocal condition of or Medical serious issues. From Defendant's B. Boyd 3-17-13 Cell Extraction EXCESSIVE Force... of or assault...

2.) Defendant B. Boyd Had Fair Shair parts INto Plaintiff ~~~~~ Pain & Suffere's all day everyday From Back; EYE; Leg's; Hands & more after 3-17-13 Damages of or INjuries...

3.) Defendant B. Carlson 3-17-13 assault Had eligibly played or articipated INto the organize ORGANIZATION security cert ERM Physical Brutal Force. WHERE Plaintiff was Harm physically From EXcessive Force...

4.) Defendant B. Carlson 3-17-13 assault for His equal Fair Shair For particular organize part INto March 17, 2013 L-Block -wing 273 Cell Extraction Cert team Excessive Force. for Plaintiff's INjuries & Damages are sued For Violation To Plaintiff 4th 5th 8th & 14th AMENDMENT RIGHTS TO the CONSTITUTIONAL Law Rights. For cruel & unusual punishment by illegal use of Force...

As Defendant B. Carlson 3-17-13 assaultive legal behavor of or measures were Excessive Force. By Defendant B. Carlson Infamy Brutal Force. For an Infamous evil of or assault for Harm & Physical Damages. For Injuries of or Damages Mentally physically & Emotionally of or pain and suffering...

16.) Defendant B. Carlson 3-17-13 assault. Left Plaintiff WHICH IS more to bear unreasonable of or critical to withdraw; withstand; of or Plaintiff Flash Backs of an Radical memory of psychological Harm & Damages physically...

17.) Defendant B. Carlson 3-17-13 assault were even parts. Even if He's Not the particular precise one! On March, 17, 2013. Security Video Tape Camera. Defendant B. Carlson assaultive measures as an organize security cert team use of Excessive Force; were part or of watch and participated By Not Stopping an illegal assault. For Plaintiff Damages & Injuries physically Harm & pain & sufferings!

18.) Defendant B. Carlson 3-17-13 played parts as an organized organization AND should Have the same responsibility even if He's NOT the assaultive official. But to WATCH or participate. Now Defendant B. Carlson 3-17-13 assault as an security official cert team; WENT IN AS AN Team. So Defendant B. Carlson Shaired equal parts. For Plaintiff Injuries & Damages. Plus Plaintiff's pain & Suffers...

19.) Plaintiff; 3-17-13 were assaulted Innocently giving up... WHICH IS Recoded on security Camera. WERE Plaintiff's Innocently giving up was Turn of or Than put Into an life or Death Situation. From Defendant B. Carlson assaultive Measured Solution; Excessive Force...

100.) Defendant B. Carlson was part of an illegal crime Viglations. To Plaintiff Constitutional Law Rights... As In protect & Serve AND Not ASSAULT and illegal Beaten. Which Defendant B. Carlson 3-17-13 assault presented... Excessive Force...

101.) Defendant B. Carlson seen Plaintiff an Innocently Helplessness Person or Inmate; THAT were giving up Brutally assaulted By Defendant B. Carlson. As Plaintiff were Innocently walking to the Door gave up But NOT Into Defendants view point B. Carlson illegally Made or play parts Into Plaintiff ~~~~~ Being wrongfully illegally MACED twice giving up... Later Plaintiff Sufferes Injuries...

102.) Defendant B. Carlson 3-17-13 assault of for fair shair parts Into Coming Inside L-Block C-wing 2-13 Cell were water was Into Deep... Defendant B. Carlson as an Cert team Official Inter or Stayed parts within an Electrical Shield. To try an Shock Plaintiff Inside water of 2-13 Cell Extraction Cert team attacking of or assaultive Excessive Force action...

Defendant B. Carlson escape were to throw items at Electrical Shield. As Plaintiff EYE'S were MACED twice to Blind vision... By Excessive Force...

104.) Defendant B. Carlson 3-17-13 assault Had Fair Shair parts Into attacking actions against Plaintiff with an Electrical Shield. As Plaintiff was Inputted Into an Life or Death Solution of or only way around Electrical Shied Into Deep water. Plaintiff Had to kick water up and Moved around Electrical Shield. After Mace twice...

105.) Defendant B. Carlson 3-17-13 assault Had Fair Shair parts Into Gabbing Plaintiff. When Plaintiff confirmed again giving up & was Slammed Down Hard on the floor Inside water & Handcuffed... Hands & FEETS...

106.) Defendant B. Carlson 3-17-13 assault Had Fair Shair parts Into Trying to Drown Plaintiff putting Plaintiff's face under water. As Plaintiffs Hands & feets are Handcuffed...

106.) Defendant B. Carlson 3-17-13 assault Had Fair Shair parts Into Plaintiff's Landing Down Into Deep water Handcuffed Hands & Feets AND Defendant B. Carlson assaultive participation or of part of an action of assault of Punching Plaintiff's face Numerous of times AND Body Kickens of Excessive force Brutally assaulting Plaintiff for Harm & Injuries Damages.

107.) Defendant B. Carlson assault Had Fair Shair parts Into picking Plaintiff up From off the ground & Body AND penis punches were Thrown to Harm Plaintiff physically for Injuries & Damages & for Plaintiff's Pain & Sufferings.

108.) Defendant B. Carlson 3-17-13 assault Had Fair Shair parts Into Slamming Plaintiff's face Numerous times on table Inside cell Z-13. THEN Defendant B. Carlson played part or participated putting Mask on Plaintiff MACED FACE & were MORE LOW BLOW'S PENIS punches were Thrown...

109.) Defendant B. Carlson 3-17-13 assault Had Fair Shair parts Into an Clothes cut off Inside C-1-16 cell on L-Block & Inputted for an one second Shower for another Brutal abusive Attack Low punches Into penis... THEN Placed In Chair 5-Hours...

110.) Defendant B. Carlson 3-17-13 assault Had Fair Shair parts Into Tighten Handcuffs & Bending Plaintiff Hands Inside C-213 L-Block Trying to Brake Them after Mask were on Plaintiff face. Then Defendants B. Carlson play part or participated Input Plaintiff In Chair!

111.) Defendant B. Carlson 3-17-13 assault Had Fair Shair parts Into Plaintiff affirmary Inputted 3-17-13 & Release 3-22-13... Excessive force Damages Inputted Plaintiff affirmary...

172.) Defendant B. Carlson 3-17-13 assault Had fair Shair parts Into Plaintiff Bleeding from Hemorrhage surgery after 3-22-13 Release From. affirmary Brought Back! Internally Bleeding on 3-22-13 & Hemorrhages internal surgery 3-23-13...

173.) Defendant B. Carlson 3-17-13 assault Had fair Shair parts Into ater injuries & Damages. Plaintiff Excessive force Injuries By PRISON OFFICIAL CERT TEAM DEFENDANT B. Carlson. Plaintiff's Damages are spinal cord slightly curved medical x-RAY FINDING'S; EYE'S Rip, tear, cuts & swollen tissue Inside EYE'S & Cataract of the EYE'S LENSES... Leg's & Hands Damages & Hemorrhoid Hemorrhages surgery Issues ofor can't wip Plaintiff self after use of Bathroom. Plaintiff Has multitude multiple medical Chronical condition of or medical serious Issues. From Defendant B. Carlson 3-17-13 Cell Extraction Excessive force... ofor assault...

174.) Defendant B. Carlson 3-17-13 assault Had fair Shair parts Into Plaintiff Pain & Sufferes all day everyday From Back; EYE; Legs; Hands & more after 3-17-13 Damages of or injuries...

175.) Defendant F. WEBSTER 3-17-13 assault Had eligible played or participated into the organize organization security cert team physical Brutal force. WHERE Plaintiff was Harm physically from Excessive force...

176.) Defendant F. WEBSTER 3-17-13 assault For His equal fair Shair of or particular organize part Into MARCH 17, 2013 C-Block C-Wing, 2-13 Cell Extraction Cert team Excessive force. for Plaintiff's Injuries & Damages are sued for violation to Plaintiff 4th 5th 8th & 14th AMENDMENT RIGHTS To the constitutional Law Rights. For cruel & unusual punishment. BY illegal use of force...

177.) Defendant F. WEBSTER 3-17-13 assaultive illegal behavor ofor measures were EXCESSIVE Force. By Defendant F. WEBSTER Infamy Brutal Force. For an Infamous evil of or assault for Harm & physical Damages. For Injuries and of or Damages mentally physically & mentionally of or pain and suffering...

178.) Defendant F. Webster 3-17-13 assault; Left Plaintiff WHICH Is more to bear unreasonable of or critical to withdraw withstand; of or Plaintiff flashbacks of an Radical memory of psychological Harm & Damages physically...

19.) ... assault were even parts. EVEN = He's NOT the particular precise one. ON March, 17 2013 Security to Tape camera. Defendant F. WEBSTER assaultive measures as an organized security cert team use of EXCESSIVE force were part or of WATCH AND participated By NOT STOPPING AN ILLEGAL assault. For Plaintiff Damages & injuries physically harm & Pain & sufferings.

20.) Defendant F. WEBSTER 3-17-13 played parts as an organized organization AND should Have The same Responsibility, even if He's for the assaultive official. But To watch or participate. Now defendant F. WEBSTER 3-17-13 assault as an Security Official cert team; WENT IN as an Team. So Defendant F. WEBSTER shaired equal parts. For Plaintiff Injuries & Damages. Plus Plaintiff's Pain & Suffers...

21.) Plaintiff; 3-17-13 were assaulted INNOCENTLY giving up... WHICH s Recoded on Security Camera. Were Plaintiffs INNOCENTLY giving was Turn of or THAN PUT INTO an life or Death situation - on Defendant F. WEBSTER assaultive Measured Solution; EXCESSIVE FORCE...

22.) Defendant F. WEBSTER was part of an illegal crime Violation. To Plaintiff Constitutional Law Rights... As IN protect & serve AND NOT assault and illegally Beaten. WHICH Defendant F. WEBSTER 3-17-13 assault presented... EXCESSIVE force...

23.) Defendant F. WEBSTER SEEN Plaintiff an INNOCENTLY Helplessiness person or INMATE; THAT were giving up Brutally assaulted By Defendant F. WEBSTER. As Plaintiff were INNOCENTLY walking to the your gave up But NOT into Defendant's view point F. WEBSTER illegally MADE or play parts into Plaintiff Being wrongfully illegally MACED twice giving up... Later Suffere's Injuries...

23.) Defendant F. WEBSTER 3-17-13 assault of or Fair Shair parts INTO COMING INSIDE L-Block C-wing 2-13 cell were water was INTO Deep... Defendant F. WEBSTER as an Cert team OFFicial Inter or. played parts within an Electrical Shield, To try an Shock Plaintiff INSIDE water of 2-13 Cell Extraction Cert team attacking of or assaultive Excessive force action...

24.) Defendant F. WEBSTER 3-17-13 assault Had Fair Shair parts INTO attacking actions against Plaintiff with an Electrical Shield. As Plaintiff was INputted into an life or Death Solution of or only way around Electrical Shield into Deep water. Plaintiff Had to Kick water up and ~~~~ moved around Electrical Shield after MACE twice...

25.) Defendant F. WEBSTER 3-17-13 assault; Plaintiff only essape were to throw items at Electrical Shield. As Plaintiff's EYE's were MACED twice to Blind vision... By EXCESSIVE force...

26.) Defendant F. WEBSTER 3-17-13 assault Had Fairshair parts INTO Grabbing Plaintiff, When Plaintiff confirmed again, giving up & was Slammed Down Hard on the Floor INSIDE water & Handcuffed... Hands & feets...

127.) Defendant F. WEBSTER 3-17-13 assault Had FairShair parts INto Plaintiffs Landing Down INto Deep water Handcuffed Hands & Feets AND Defendant F. WEBSTER assaultive participation or of part of IN action of assault of Punching Plaintiff's Face Numerous of times AND Body Kickens of Excessive Force, Brutally assaulting Plaintiff For Harm & INjuries Damages...

128.) Defendant's F. WEBSTER 3-17-13 assault Had FairShair parts INto picking Plaintiff up From off the ground & Body AND penis punches were Thrown to Harm Plaintiff physically For INjuries & Damages & For Plaintiff's PAIN & Sufferings...

129.) Defendant F. WEBSTER 3-17-13 assault Had FairShair parts into Slamming Plaintiff face Numerous times on table INside Cell L-13. THEN Defendant F. WEBSTER played part or participated putting MASK on Plaintiff MACED FACE & were more Low Blows penis punches were Thrown...

130.) Defendant F. WEBSTER 3-17-13 assault Had FairShair parts INto IN Clothes cut off Inside C-116 Cell on L-Block & INputted For an second Shower For another Brutal abusive Attack Low punches INto PENIS... THEN Placed IN Chair 5-hours...

31.) Defendant F. WEBSTER 3-17-13 assault Had FairShair parts INto Tighten Handcuffs & Bending Plaintiff Hands INside C-2-13 L-Block Trying to Brake Them after MASK were on Plaintiff Face. THEN Defendant's F. WEBSTER play part or participated Input Plaintiff IN Chair!

132.) Defendant F. WEBSTER 3-17-13 assault Had FairShair parts INto Plaintiff affirmary INputted 3-17-13 & Release 3-22-13... Excessive Force Damages INputted Plaintiff affirmary...

133.) Defendant F. WEBSTER 3-17-13 assault Had FairShair parts INto Plaintiff Bleeding From Hemorrhage surgery afte 3-22-13 Release From affirmary Brought Back! INternally Bleeding on 3-22-13 & Hemorrhages INternal surgery 3-23-13...

133) Defendant F. WEBSTER 3-17-13 assault Had FairShair parts IN to Later INjuries & Damages - Plaintiff Excessive Force INjuries By PRISON OFFICIAL CERT TEAM Defendant F. WEBSTER. Plaintiff's Damages are spinal cord slightly curved Medical X-RAY Findings; EYE's Rip, tear, cuts & Swollen tissue INside EYES & cataract of the EYES Lenses... Legs & Hands Damages & Hemorrhoid Hemorrhages surgery Issues of or can't wip Plaintiff self after use of Bathroom... Plaintiff Has Multitucke Multiple medical Chronical condition-of or Medical serious Issues- From Defendant F. WEBSTER 3-17-13 Cell Extraction Excessive Force of or assault...

134.) Defendant F. WEBSTER 3-17-13 assault Had FairShair parts INto Plaintiff Pain & Sufferes all day everyday From Back, EYE, Legs, Hands & more after 3-17-13 Damages of or INjuries...

135.) Defendant J. Williams are Being sued IN His Official Capacities & Individual capacitie For $1,000,000 Dollars/ONE MILLION DOLLARS. For penalty of perjury...

136.) Defendant J. Taylor are Being sued on His Official Capacities & Individual capacitie For $1,000,000 Dollars/one MILLION Dollars. For penalty of perjury...

137.) Defendant R. Gibbs are Being sued IN His Official Capacities & Individual capacities For $1,000,000 Dollars/ONE MILLION DOLLARS. For penalty of perjury...

138.) Defendant B. Boyd are Being sued IN His Official Capacities & Individual capacities For $1,000,000 Dollars/ONE MILLION DOLLARS. For penalty of perjury...

139.) Defendant B. Carlson are Being sued IN His Official Capacities & Individual capacities. For $1,000,000 Dollars/ONE MILLION DOLLARS. For penalty of perjury...

140.) Defendant F. WEBSTER are Being sued IN His Official Capacities & Individual capacities. For $1,000,000 Dollars/ONE MILLION DOLLARS. For penalty of perjury...

141.) Defendants all above are sued each for their part Imparticular Dated 3-17-13 / MARCH, 17, 2013 Cell Extraction Excessive Force & IF plaintiff Input All Of or what eligibly Happen would Be more than an 100 pages. of or Issued Prisoner Rights Complaints...

142.) Plaintiff Have Been pro-se litigant Into this Lawsuit of prisoner complaint $1983 Form against SCI-GRATERFORD Correctional Institutional Official. For penalty of perjury...

143.) Plaintiff Haven't Receive property Case Claim so as He's already Informed the courts on May, 11 2015... Conference phone Call & Had Been Still upon Awaiting property Law material Legal Documents & other Important Information Into His Claims of or suit against Defendant above Entitles...

144.) Plaintiff Hereby Verify THIS IS the Same TRUTH Statement of Claims pro-se litigant against the illegal wrongful Excessive Force Cert team Defendants present March 17, 2013 and Informed Identification on June 19, 2015... Names of Defendants sued for penalty of perjury...

Sworn Plaintiff: Jerome Washington HV0282 SCI-GRATERFORD
Date 6-23-15   Jerome Washington                P.O. BOX 244
                                                GRATERFORD, PA 19426-0244

Jerome Washington JW0285
P. SCI GRATERFORD
P.O BOX 244
GRATERFORD PA 19426-0244

PA DEPARTMENT OF CORRECTIONS
INMATE MAIL

Hasler
07/30/2015
US POSTAGE $001.86⁰



ZIP 19426
011D12603070

UNITED STATES DISTRICT COUR
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA, PA 19106-1797

U.S.M.S
X-RAY